STATE HIGHWAY COMMISSION OF THE STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. GERTRUDE M. NOLAN, DEFENDANT-PROSECUTOR.

Submitted October term, 1930—Decided May 25, 1931.

Before Justices CASE, DALY and DONGES.

For the plaintiff-respondent, *William A. Stevens,* attorney-general, *George T. Vickers* and *Walter H. Bacon, Jr.*

For the defendant-prosecutor, *Andrew E. Nolan.*

PER CURIAM.

This proceeding is entitled "on *certiorari.*" There is no state of the case except that certain matters, including a "stipulation of facts," are incorporated into the prosecutor's brief. The writ of *certiorari,* which is said to have been allowed, is not before us, nor is there any return thereto. The record is attenuated to the point that we are not disposed to treat the presentation as more than a motion to dismiss the writ; and that motion we deny, without costs.